# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JEROME WILLIAMS,<br>    Plaintiff, | Case No. 1:19-cv-31 |
| vs. | Barrett, J.<br>Bowman, M.J. |
| LUCAS COUNTY SHERIFF, et al.,<br>    Defendants. | **ORDER OF TRANSFER** |

Plaintiff, an inmate currently at the Lebanon Correctional Institution in Lebanon, Ohio, has filed a pro se civil rights complaint in this Court. (Doc. 1). The complaint names as defendants several Lucas County, Ohio sheriffs and includes factual allegations that occurred in Lucas County, Ohio.

28 U.S.C. § 1391(b) provides that civil suits may be brought only in the judicial district where (1) any defendant resides, if all defendants reside in the same State; (2) a substantial part of the events or omissions giving rise to the claim occurred; or (3) any defendant may be found, if there is no district in which the claim may otherwise be brought. In this case, the named defendants are all residents of Toledo, Ohio. It also appears that the events giving rise to plaintiff's claims occurred in Lucas County, and not in any county located in the Southern District of Ohio. The Southern District of Ohio is not the proper venue under section 1391(b). This case therefore is properly venued in the Northern District of Ohio, Western Division.

Accordingly, the Clerk of Courts is hereby **DIRECTED TO TRANSFER** this case to the United States District Court for the Northern District of Ohio, Western Division for all further proceedings. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED**.

    *s/ Stephanie K. Bowman*
    Stephanie K. Bowman
    United States Magistrate Judge